Association of Home Builders et al., Pacific Legal Foundation, and New England Legal Foundation for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 11–359. MIRACLE STAR WOMEN'S RECOVERING COMMUNITY, INC. *v.* JETT ET AL. Ct. App. Cal., 2d App. Dist. Motion of National Association for the Advancement of Colored People, Antelope Valley Branch Unit #1023, for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 11–475. TYRRELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6836. DAWSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6938. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8903. GUILAS *v.* BRAUER ET AL., 563 U. S. 922;
No. 10–10659. DRAGANOV *v.* WASHINGTON, *ante*, p. 843;
No. 10–10688. LAMKIN *v.* TEXAS, *ante*, p. 844;
No. 10–10757. HEFLEY *v.* DELAWARE, *ante*, p. 848;
No. 10–10791. JACKSON *v.* GONZALEZ ET AL., *ante*, p. 849;
No. 10–11157. MCDOWELL *v.* WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL., *ante*, p. 870;
No. 11–5074. KEMPPAINEN *v.* TEXAS, *ante*, p. 888;
No. 11–5177. HENDRICKS ET UX. *v.* STEPP ET AL., *ante*, p. 893;
No. 11–5201. PITTS *v.* DAVIS, WARDEN, *ante*, p. 894;
No. 11–5344. CARR *v.* H. O. P. E. COMMUNITY SERVICE, INC., *ante*, p. 902;
No. 11–5451. JARVIS *v.* STAPLES, INC., *ante*, p. 908;
No. 11–5452. ELTAYIB *v.* DEWALT, WARDEN, ET AL., *ante*, p. 908;
No. 11–5555. IN RE DUNBAR, *ante*, p. 813; and

No. 11–5740. MELTON *v.* GER TAYLOR GARDENS, LLC, *ante,* p. 950. Petitions for rehearing denied.

No. 10–9837. WILSON *v.* UNITED STATES, *ante,* p. 931. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

## NOVEMBER 15, 2011

No. 11A480. BROOKS *v.* OHIO. Application for stay of execution of sentence of death, presented to JUSTICE KAGAN, and by her referred to the Court, denied.

No. 11A485. BROOKS *v.* BOBBY, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE KAGAN, and by her referred to the Court, denied.

No. 11–7307 (11A471). CHANDLER *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

No. 11–7324 (11A479). BROOKS *v.* BOBBY, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KAGAN, and by her referred to the Court, denied. Certiorari denied.

No. 11–7342 (11A484). BROOKS *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Application for stay of execution of sentence of death, presented to JUSTICE KAGAN, and by her referred to the Court, denied. Certiorari denied.

## NOVEMBER 17, 2011

No. 11–7463 (11A496). RHOADES *v.* REINKE, DIRECTOR, IDAHO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.